FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SHELLY LYNN MORRIS,<br><br>               Defendant. | No. 4:17-CR-6029-EFS-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO REOPEN DETENTION HEARING AND MODIFYING CONDITIONS OF RELEASE<br><br>**ECF No. 167** |

**BEFORE THE COURT** is Defendant's Motion to Reopen Detention Hearing to Consider Conditions of Release (ECF No. 167). The Government opposes the Motion. On September 27, 2018, the Court reopened the detention hearing to consider Defendant's additional proffers and arguments of counsel. 18 U.S.C. § 3142(f). Defendant appeared, in custody, with her attorney Nicholas Marchi. Assistant United States Attorney Stephanie Van Marter represented the United States.

      The Court has considered this additional information and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there were

ORDER - 1

conditions of release that would reasonably assure Defendant's appearance in court and the safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against Defendant; (3) the history and characteristics of Defendant; and (4) the nature and seriousness of the danger Defendant would present to the community if released.

Defendant requested that the GPS and home confinement condition be removed, contending they were impacting her ability to accept additional shifts at work, which are routinely made as last minute requests. The Court finds that due to Defendant's compliance with pretrial supervision requirements for the past three months and to facilitate her ability to accept additional work shifts on short notice, the Court will remove the home confinement condition, but Defendant will remain subject to GPS monitoring.

IT IS HEREBY ORDERED:

1. The Motion to Reopen Detention Hearing (ECF No. 167) is GRANTED.
2. Defendant's previously-imposed conditions of release (ECF No. 140) shall be modified as follows: she is no longer subject to a restriction to her residence.

DATED September 27, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2