FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SHELLY LYNN MORRIS,<br><br>              Defendant. | No. 4:17-CR-06029-EFS-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DETENTION ORDER<br><br>**ECF No. 205** |

Before the Court is Defendant's Motion to Modify Detention Order (ECF No. 205). The United States Probation/Pretrial Services Office does not oppose the request. For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Modify Detention Order (ECF No. 205) is GRANTED.

2. Defendant's previously imposed conditions of release (ECF Nos. 140, 170) shall be MODIFIED as follows:

    a. Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services

ORDER - 1

Office.  Defendant shall be permitted to travel to Texas from approximately May 9, 2019 through approximately May 13, 2019 to attend her son's graduation.  The precise dates and travel plans are to be approved by the U.S. Probation Office, given the distance to be traveled.  Defendant shall remain subject to GPS monitoring while traveling outside of the Eastern District of Washington.

DATED March 26, 2019.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2